IN THE SUPREME COURT OF NORTH CAROLINA

No. 443PA16

Filed 22 December 2017

STATE OF NORTH CAROLINA

v.

RONNIE PAUL GODBEY

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, ___ N.C. App. ___, 792 S.E.2d 820 (2016), finding no error after appeal from a judgment entered on 8 December 2014 by Judge Christopher W. Bragg in Superior Court, Rowan County. Heard in the Supreme Court on 13 December 2017.

*Joshua H. Stein, Attorney General, by Anita LeVeaux, Special Deputy Attorney General, and Sherri Horner Lawrence, Assistant Attorney General, for the State.*

*Glenn Gerding, Appellate Defender, by James R. Grant, Assistant Appellate Defender, for defendant-appellant.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.